# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MICHAEL L. KNIGHT**                                                          **PETITIONER**

v.                                           **CAUSE NO. 1:17CV59-LG-RHW**

**JACQUALINE BANKS**                                                     **RESPONDENT**

## ORDER ADOPTING PROPOSED FINDINGS OF FACT AND RECOMMENDATION AND DENYING MOTION TO AMEND

For the reasons stated in the [27] Proposed Findings of Fact and Recommendation entered by Magistrate Judge Robert H. Walker on January 21, 2020, and after an independent review of the record, a de novo determination of the issues, consideration of the plaintiff's [29] Objections, and having determined that the findings are correct under applicable law,

**IT IS ORDERED AND ADJUDGED** that the [27] Proposed Findings of Fact and Recommendation is **ADOPTED** as the opinion of this Court. Michael L. Knight's 28 U.S.C. § 2254 petition for writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [22] Motion to Amend filed by the Petitioner is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 21st day of February, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE